IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANTE SADLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv639-MHT |
| | ) | (WO) |
| DAVID L. DENNIS, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate filed this lawsuit claiming defendant subjected him to excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed for plaintiff's failures to comply with the orders of the court and to prosecute this action. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of January, 2018.

                                /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**